

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| PRECILE VONN, | § | No. 08-22-00145-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20210D01580) |
| | § | |

## **O R D E R**

Pending before the Court is a motion filed by Appellants' attorney, Joshua C. Spencer, to withdraw as counsel. The Court has DENIED the motion to withdraw finding good cause has not been shown in accordance with Article 26.04 (j)(2). TEX. CODE CRIM. PROC. See Local Rule 5.04.

IT IS SO ORDERED this 8th day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.